**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
D'Arrigo Bros. Co. of New York, Inc.,
      Plaintiff,

                19 **CIV** 1129 (AJN)

   -against-         **DEFAULT JUDGMENT**

KNJ Trading Inc., et al.,
      Defendants.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion and Order dated April 29, 2020, Plaintiff's motion for a default judgment is granted; Plaintiff is entitled to judgment in the principal amount of $65,970.14, plus costs of $590, for a total judgment in the amount of $66,560.14; accordingly, and this case is closed.

**DATED**: New York, New York
    April 30, 2020

                 **RUBY J. KRAJICK**
                 _____
                 **Clerk of Court**
             By: *[signature: David J. Thomas]*
                 **Deputy Clerk**